UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARLOS ANTONIO GUTIERREZ, | No. 10-73260 |
| Petitioner, | Agency No. A094-228-984 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | ORDER |
| Respondent. | |

Before:     FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

On October 31, 2011, the Board of Immigration Appeals reopened and remanded the proceedings in this case to the immigration judge. Consequently, there is no final order of removal currently in effect and this court lacks jurisdiction over the petition for review. *See* 8 U.S.C. § 1252(a)(1); *Lopez-Ruiz v. Ashcroft*, 298 F.3d 886, 887 (9th Cir. 2002) (order).

**PETITION FOR REVIEW DISMISSED.**